**IN THE COUNTY COURT OF LANCASTER COUNTY, NEBRASKA**

GOVERNMENT EXHIBIT

1

| | | |
|---|---|---|
| **STATE OF NEBRASKA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **vs.** | ) | **AFFIDAVIT FOR ARREST WARRANT** |
| | ) | |
| **Francis Smith Mogambi,** | ) | |
| **-2003** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

STATE OF NEBRASKA )
) ss.
LANCASTER COUNTY )

COMES NOW, David Burruss, a certified law enforcement officer for the Lincoln Police Department, in and for Lancaster County, Nebraska, being first duly sworn on oath, and deposes and states as follows:

On April 16, 2026 at about 4:58 PM Lincoln Police Officer Matthew Buhrman #1828 was dispatched to the University of Nebraska Student Union at 1400 R Street, Lincoln, Lancaster County, Nebraska on the report of a belated fraud. Y O reported that his roommate, Francis Mogambi, was receiving financial aid checks for students fraudulently enrolled in online colleges and universities, signing them over to himself, and depositing them into his bank accounts. O stated that Mogambi, a Kenyan citizen, was working with persons in Kenya to steal identities of United States citizens, enroll them in colleges without their knowledge, and collect their financial aid. O said that he found out about the scheme when Mogambi attempted to recruit him to join the scheme. O showed Officer Buhrman photos of checks and other documents he had found in their residence from Grand Canyon University. Among the photos were two checks: check number 617183 made out to B M for $2,452.90, and check number 628210 made out to Z B for $2,032.90. The address on both of these checks was 2736 Apple St, Lincoln, NE 68503. This

is the residence O shared with Mogambi. The endorsement line on the back of the checks read "pay to the order of Francis Mogambi" and both checks had similar-looking signatures. Additionally, O had a photo of a college acceptance letter from Grand Canyon University for Z B.

Your Affiant was assigned to investigate this case. On May 5, 2026, your Affiant met O at the Nebraska Student Union, and conducted a more detailed interview. O stated that he had been living with Mogambi at 2736 Apple Street, Lincoln, Lancaster County, Nebraska for about 6 months, and he described Mogambi as a "shopaholic". O said that while they were at a social event, Francis had asked him for money because he had a check he couldn't cash until the bank was open. O said that he offered to show Mogambi how to do a mobile deposit on his phone, and Mogambi said he couldn't because the check was not made out to him. Mogambi then explained the scheme to O, saying that he works with two brothers in Kenya who steal social security numbers and produce fake identities and then enroll in colleges. Mogambi then receives scholarship checks awarded to the fake students in the mail, signs them over to himself, and then cashes them at his bank, sending a percentage back to the brothers in Kenya. O said that Francis had shown him checks he'd received from colleges and had left them all over their house. O said that these are the checks that he'd photographed and sent to Officer Buhrman. O said that he knows that Mogambi had run his scheme at least once at Grand Canyon University, and he said that he'd seen at least 4 checks total, and he suspected there were more. O said that he had recorded a conversation between he and Mogambi on his phone in which Mogambi had explained the scheme. O shared this recording with your Affiant.

In that recording, Mogambi shares several details with O about how his associates in Kenya purchase Social Security numbers, apply to colleges, and have the scholarship checks delivered to Francis, who signs them over to himself and sends 70 percent of the funds back to his associate in Kenya. In the recording, Mogambi is trying to convince O to participate, telling him that he gets a check every week of about $2000.00. Mogambi ends the recording discussing how he needs to get a business checking account so he can cash larger checks, but says that he needs a business so he doesn't have to pay taxes.

Your Affiant subpoenaed Mogambi's checking accounts from Bank of America, Wells Fargo, US Bank, and Chase Bank. Your Affiant received electronic copies of the following checks deposited into Mogambi's accounts:

-Check number 584401 from Grand Canyon University to F[redacted] G[redacted] for $1,954.00; deposited into Mogambi's Chase Bank checking account on February 3, 2026

-Check number 617183 from Grand Canyon University to B[redacted] M[redacted] for $2,253.90; deposited into Mogambi's US Bank checking account on March 5, 2026

-A direct deposit from American Public University System to C[redacted] B[redacted] for $2351.00; deposited into Mogambi's Wells Fargo checking account on April 6, 2026

-Check number 628610 from Grand Canyon University to Z[redacted] B[redacted] for $2032.90; deposited into Mogambi's Chase Bank checking account on March 16, 2026

-Check number 693366 from Grand Canyon University to W[redacted] S[redacted] for $3004.00; deposited into Mogamb's Wells Fargo checking account on April 6, 2026

-Check number 863042881 from Colorado Technical University to T[redacted] R[redacted] for $961.00; deposited into Mogambi's Bank of America checking account on April 10, 2026

-Check number 863081235 from Ultimate Medical Academy to S[redacted] O[redacted] for $850.00; deposited into Mogambi's Chase Bank checking account on April 21, 2026

-Check number 863081196 from Ultimate Medical Academy to S[redacted] O[redacted] for $850.00; deposited into Mogambi's Bank of America checking account on April 21, 2026

-Check number 655574 from Grand Canyon University to C[redacted] F[redacted] for $2808.20; deposited into Mogambi's Chase Bank checking account on May 5, 2026

-A direct deposit from Chemeketa Community College for N K, deposited into Mogambi's US Bank checking account on May 8, 2026

Your Affiant examined the check images and observed that all of the checks had "pay to the order of Francis Smith Mogambi" written on the endorsement area on the backs of the checks in the same handwriting. The signatures on the backs of the checks were uniform, and appear to have all been made by the same person.

Your Affiant served subpoenas to Grand Canyon University, Colorado Technical University, and Chemeketa Community College, and obtained demographic information for the students named on the checks. Student records showed that the maximum amount of federal student loans were requested and disbursed to each student. At the time of this writing, your Affiant has not yet received responses from Ultimate Medical Academy or American Public University System.

On July 10, 2026 your Affiant spoke with T R of Beloit, Wisconsin on the phone. Rice said that he had discovered he was enrolled at Colorado Technical University when a student loan appeared on his credit report. R stated he had never enrolled at Colorado Technical University, had never known about any financial aid checks, and had never given Mogambi or anyone else permission to cash a check in his name.

On July 29, 2026 your Affiant spoke with W S of Bellefontaine, Ohio on the phone. S said that he had also been made aware of a student loan in his name when he was trying to purchase a condominium and the loan appeared on his credit report. S stated he had made a report with his local police department, and disputed the loan. S said the enrollment at Grand Canyon University was made without his knowledge and he had never given Mogambi or anyone else permission to cash any check in his name.

On July 30, 2026 your Affiant spoke with Z B of Nelson, Virginia on the phone. B said that he was not aware of his enrollment at Grand Canyon University or the student loan taken out in his name until he received your Affiant's voicemail the previous day. B said that he never applied to Grand Canyon University, never applied for any student loans, and never gave Mogambi or anyone else permission to cash any check in his name.

On August 7, 2026 your Affiant spoke with C[redacted] F[redacted] of Mayville, New York on the phone. F[redacted] stated that he had learned about his enrollment at Grand Canyon University and the student loan in his name when he applied for a personal loan and his bank ran a credit check. F[redacted] stated he had made a report with his local sheriff's office and disputed the loan with the credit bureaus. F[redacted] stated he had not applied to Grand Canyon University, and had not given Mogambi or anyone else permission to cash any check in his name.

Your Affiant has made efforts to contact the other victims enrolled at Chemeketa Community College and Grand Canyon University, but they have either not responded to phone messages, or your Affiant was not able to locate phone numbers for them.

Your Affiant has attempted to speak with Mogambi about this case, but he has refused to meet for an interview. The total amount of known forged checks cashed by Mogambi is $20,397.00.

For the reasons set forth herein, your affiant believes that the crime of Forgery, 2nd Degree Over $5000, 28-603 has been committed, and that probable cause exists for the issuance of a warrant for the arrest of Francis Smith Mogambi.

Dated this 11 day of September, 2026.

David Burruss, Affiant

SUBSCRIBED to in my presence and sworn to before me this 11th day of September, 2026.

Notary Public

GENERAL NOTARY - State of Nebraska
SARA LUGN
My Comm. Exp. Dec. 8, 2027

C6-030154