# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:26CR3089 |
| Plaintiff, | ) | |
| -vs- | ) | **UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTION DEADLINE** |
| FRANCIS MOGAMBI, | ) | |
| Defendant. | ) | |

COMES NOW Francis Mogambi, through counsel, and moves to continue the pretrial motion deadline, which is currently set for November 16, 2026, for 60 days. Good cause exists, to wit:

1. Counsel requested additional discovery and needs time to receive and review.

2. AUSA Daniel Packard is not opposed to this continuance.

3. Defendant submits, pursuant to 18 U.S.C. §3161(h)(7)(A), that the delay resulting from defendant filing the present motion will serve the ends of justice and that continuing his pretrial motion deadline outweighs the best interests of the public and the defendant in a speedy trial.

WHEREFORE Defendant respectfully requests the Court enter an Order continuing the pretrial motion deadline for 60 days.

Dated this 16th day of November, 2026.

Respectfully submitted,

FRANCIS MOGAMBI, Defendant

By: /s/ *Toni M. Leija-Wilson*
TONI M. LEIJA-WILSON
ASSISTANT FEDERAL PUBLIC DEFENDER
100 Centennial Mall North
112 Federal Building
Lincoln, NE 68508
Tel: (402) 221-7820
Email: Toni_Leija-Wilson@fd.org
*Attorney for Defendant*